# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148386

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KYLE R. McLAUGHLIN,
        Plaintiff,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
        Intervening Plaintiff-Appellant,

v

        SC: 148386
        COA: 312876
        MCAC: 12-000019

SKANEE BOUND, d/b/a BORDER GRILL, and
MACKINAW ADMINISTRATORS, L.L.C.,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the October 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014

t0324

Clerk